No. 82–732.   STURMAN ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–745.   GREYHOUND RENT-A-CAR, INC. *v.* CITY OF PENSACOLA ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 82–751.   INTERNATIONAL UNION OF THE UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. D. C. Cir.   Certiorari denied.

No. 82–773.   BOARD OF PUBLIC UTILITIES OF SPRINGFIELD, MISSOURI, DBA CITY UTILITIES, ET AL. *v.* BILL'S COAL CO., INC., ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–797.   BATES ET AL. *v.* BRUNER.   C. A. 6th Cir.   Certiorari denied.

No. 82–832.   SHUPPER *v.* COMMITTEE ON CHARACTER AND FITNESS OF THE SUPREME COURT OF SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.

No. 82–854.   PECHANGA BAND OF MISSION INDIANS *v.* KACOR REALTY, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–856.   SCARPELLI *v.* FISCELLA, DIRECTOR OF DEPARTMENT OF PROBATION AND COURT SERVICES.   C. A. 7th Cir.   Certiorari denied.

No. 82–868.   RECORD WIDE DISTRIBUTORS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 8th Cir.   Certiorari denied.

No. 82–871.   A. H. ROBINS CO., INC. *v.* ABED ET AL.   C. A. 9th Cir.   Certiorari denied.